UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                 Chapter 7
                                                                       Case No. 15-13335-LMI
LEYDYS FIGUEREDO SEIJAS,

    Debtor.
_____/

**DEBTOR'S RESPONSE IN OPPOSITION TO CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT PUBLIC AUCTION SALE OF NON-EXEMPT PERSONAL PROPERTY AT THE DEBTOR'S RESIDENCE**

The Debtor, Leydys Seijas, by and through undersigned counsel, opposes the Chapter 7 Trustee's Motion for Authority to Conduct Public Auction Sale of Non-exempt Personal Property at the Debtor's Residence (ECF #69, the "Motion to Auction") because the property the Trustee wants to sell is *either* tenants by the entireties property jointly acquired by the Debtor and her husband over their fourteen year marriage, *or* the children's furniture, beds, cribs, and toys owned by the Debtor's eight-year and two-year old daughters, and as grounds states:

**No Non-Exempt Property to Administer;
No Unsecured Creditors to Administer for**

1. On February 24, 2015, the Debtor filed her case solely to resolve her *single* existing debt – a first mortgage serviced by Green Tree Servicing, LLC ("Green Tree") for $327,143.00 against real property located at 14764 SW 25 Lane, Miami, FL 33185. The property has a fair market value of $211,320.00 according to the Miami-Dade County Property Appraiser's Office.

2. Although the Debtor jointly owns the 25 Lane property with her husband, Vince Seijas, only the Debtor is liable on the note.

3. The Debtor does not have any other debts, joint with husband or otherwise. A copy of her credit report is attached as **Exhibit A**. Green Tree has not filed a proof of claim asserting a deficiency claim, nor has any other creditor.

4. Since filing the case, the Debtor through counsel has continued to negotiate a short sale of the 25 Lane property with a release of the single debt, which would moot any purpose of this case. Despite the existence of a single creditor, and a secured creditor at that, the Chapter 7 trustee refused to cooperate with the short sale necessitating the Debtor having to ask the Court to compel the Chapter 7 Trustee to abandon her worthless, underwater interest in the 25 Lane property (ECF #60). On July 21, 2015, the Court granted the Debtor's motion and directed the abandonment of the estate's interest (ECF #64).

5. Since this time, the pending short sale was not approved by Green Tree, but the Debtor through counsel is actively negotiating a deed in lieu in exchange for a release which would also moot this case.

6. For an obviously modest asset case, where the modest assets are exempt, and where the entire creditor body consists of single secured creditor represented by counsel, the Chapter 7 Trustee has expended an inordinate amount of time to administer this case. In addition to the normal routine Chapter 7 Trustee pre-341 meeting document request (which is extensive), the Chapter 7 Trustee issued a 2004 examination notice to the Debtor containing 41 separate document requests (if sub-parts are included - there are over eighty specific requests, *see* ECF #37). Counsel for the Trustee conducted a three hour 2004 examination of the Debtor.

7. The Chapter 7 Trustee also requested the Court to enter an Order retaining Appraiser George Richards and National Auction to conduct a home inspection of Debtor's two thousand square foot rental home at 13221 SW 48 Street.

8. Now the Chapter 7 Trustee has recently issued a 2004 examination notice to the Debtor's husband, Vince Seijas, containing essentially the identical document requests.

9. The Chapter 7 Trustee has now filed the Motion to Auction so she can sell all of the Debtor's family property. The list of property the Trustee wants to sell is attached as **Exhibit B**. The Debtor originally listed all the furnishings as jointly owned on Schedule B, Item 4, and claimed the value as exempt under the wild card exemption. The Debtor explained to the counsel for Chapter 7 Trustee at the 2004 examination that the property was also owned as tenants by the entireties (TBE) property with her husband and exempt. Further, the Debtor explained that there is no joint debt. The only joint debt had been satisfied. *See* **Exhibit C**. The Debtor has filed an Amended Schedule B and C making absolutely clear that the furnishings are all exempt as tenants by the entireties property (ECF #77). Setting aside the TBE exemption, the Debtor's interest in the property listed is worth less than the Debtor's $5,000 of available exemptions under the Florida Constitution Article X, § 4(a)(2) and Florida Statute § 222.25(4).

10. The low end value of all the property is pitiful $4,310; the "high end" value a pathetic $5,677.

11. The most absurd idea among a stout field of competing absurdities is the Chapter 7 Trustee's utter miscomprehension of basic legal ownership principals. Even if the property is deemed not owned as TBE with her husband, this does not translate into the Debtor being the sole and exclusive owner of the property. Apparently beyond shame, the Chapter 7 Trustee asks the Court to Order the sale of girls' furniture, toys, and bicycles listed as follows:

- Assorted Children's toys;
- (2) Children bicycles;
- Child's bed, headboard, footboard & bedding;

3

- Assorted Children's toys & furniture;

- Student desk & 2 chairs;

- Nightstand, Dresser, & Bookcase (all apparently in children's bedroom);

- Children's Crib & Bedding;

- Children's Table & Chair

- Dresser and Changing Table & Dresser (all apparently in children's bedroom), and

- Assorted Children's Toys.

12. The children's property belongs to the children (either directly or through their parents in trust), and cannot be sold by the Trustee.

13. Similarly, the Trustee fails to explain that one-half of the adult property belongs to the husband since it was acquired during their fourteen year marriage. Even if the household belongings are not TBE property, the husband is entitled to a one-half interest in this property. The Chapter 7 Trustee cannot attempt a § 363(h) sale without commencing an adversary proceeding under Fed.R.Bankr.Proc. 7001(3) and complying with the specific requirements of subsection (h). In determining whether the property is worth more than the Debtor's $5,000 exemption, the Trustee fails to deduct the husband's interest. Accordingly, even under "high-end" estimate only $2,838.50 represents the Debtor's interest.

14. The Debtor's eight-year old daughter has been diagnosed and struggles bravely with autism. The Debtor struggles alongside her daughter daily to overcome this challenge. Her husband, Vince Seijas, is a former Marine who proudly served his county in actual combat during the second Iraqi war. Vince has been diagnosed with Posttraumatic Stress Disorder (PTSD) as a result of his combat service, and is partially disabled. The Debtor struggles

4

alongside her husband daily to overcome this challenge as well.  The relentless over-administration of her case has harmed her mental and physical well-being.

15. This family does not deserve, nor does this no-asset, no-creditor case warrant the heretofore frantic efforts of the Chapter 7 Trustee.  Even were the sale to go through unchallenged, the family left a barren, stripped home, the estate grosses between $2,155 and $2,838.50, before paying the costs and expenses of the auctioneer and counsel for the Trustee for bringing this motion.  Only a fanatic[1] conjures profit from such pitiless circumstances.  In short, the Chapter 7 Trustee attempts to administer exempt or jointly owned personal property of little, if any, value above administration costs that will likely result in a zero distribution to an imaginary unsecured creditor.

WHEREFORE, the Debtor respectfully prays that this Court hear and consider her opposition to the Chapter 7 Trustee's Motion to Auction her family's belongings and enter an Order denying said motion, and granting such other and further relief as may be just and proper.

I CERTIFY that a true and correct copy of the foregoing was served via the Court's ECF system on all parties entitled to such notice and by US Mail on all parties listed on the attached service list on October 12, 2015.

AM LAW, LLC
Counsel for the Debtor
7385 S.W. 87 Avenue, Suite 100
Miami, FL  33173
Tel:  305-441-9530
Fax: 305-595-5086
By:/*s/ Gary M. Murphree*
Gary M. Murphree, Esq.
F.B.N. 996475
Brandy Abreu, Esq.
F.B.N. 17685

---

[1] Philosopher George Santayana defines fanaticism as "redoubling your effort when you have forgotten your aim". Santayana, George (1905).  Life of Reason: Reason in Common Sense (New York Charles Scribner's Sons).

5

Consumer Liability Report (CLR)
Page 1 of 7



866 218 1003 tel
866 307 1003 fax
www.CINlegal.com

### Client & Report Information

| | |
|---|---|
| **Primary Client Name & SSN:** | Leydys Seijas  XXX-XX-0548 |
| **Secondary Client Name & SSN:** | |
| **Primary Address:** | 13221 SW 48 Street, Miami, FL 33175 |
| **Report Details:** | Report 3859542 Completed on 3/25/2015 for A33925 - CLR 3 Source |

### Summary of Accounts With Balances

| Account Types | Number of Accounts | Total Monthly Payments | Total of Balances Remaining | Number of Past Due Accounts | Percentage of Accounts Past Due & Total of Amounts Past Due | |
|---|---|---|---|---|---|---|
| Installment | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| Revolving | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| Collection | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| Unknown | 0 | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| **Totals** | **0** | **$0.00** | **$0.00** | **0** | **NaN** | **$0.00** |

### Graphical Overview of Key Account Data

### myHorizon™ Credit Score Analysis for Primary Client

| POWERED BY creditxpert | EXISTING CREDIT SCORE | ESTIMATED 12 MONTH POST - BANKRUPTCY CREDIT SCORE* | NET EFFECT |
|---|---|---|---|
| | ▮ | N/A | N/A |

CreditXpert® products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores(tm) are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization.

The foregoing is not intended to provide or imply warranties of any kind. CreditXpert products are provided on an "as is" basis, and CreditXpert inc. and its distributors disclaim any and all warranties, either express or implied, including but not limited to any warranty of merchantability, fitness for a particular purpose, non-infringement, system integration, non-interference and/or accuracy of informational content.

### Notes & Alerts

| File Alert - Address Discrepancy | Current Input Address does not match the Address(es) on File |
|---|---|

Copyright © 2015 The CINgroup. All Rights Reserved.

EXHIBIT A  Page 1 of 3
Debtor's credit report



Consumer Liability Report (CLR)  
Page 2 of 7

CIN Legal Data Services  
a CINgroup company

866 218 1003 tel  
866 307 1003 fax  
www.CINlegal.com

### Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | Leydys Seijas  XXX-XX-0548 |
| Secondary Client Name & SSN: | |
| Primary Address: | 13221 SW 48 Street, Miami, FL 33175 |
| Report Details: | Report 3859542 Completed on 3/25/2015 for A33925 - CLR 3 Source |

### Mortgage Liabilities with Balances — 0 Total Mortgage Account(s) with a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|

End of Mortgages With Balances

### Non-Mortgage Liabilities with Balances — 0 Account(s) with balances

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type, Last Activity & Past Due $ | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|

End of Non-Mortgage Accounts With Balances

### Liabilities without Balances — 12 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Bk Of Amer<br>Individual / Applicant<br>XXXXXX9876<br>Account is: Closed, ACCOUNT TRANSFERRED | $0 | $255,000 | 7/2008<br>9/10/2013 | $2,126<br>Mortgage<br>2/28/2011 | Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41,<br>PO Box 5170<br>Simi Valley, CA 93062<br>888-702-1161<br>Verified: 6-2013 | 450 American St<br>Simi Valley, CA 93065<br>800-669-6607 |
| Green Tree Servicing L<br>Individual / Applicant<br>XXXXXX1358<br>Account is: Closed, Account Closed | $0 | $255,000 | 7/2008<br>2/28/2015 | $0<br>Mortgage<br>1/13/2015 | | 332 Minnesota St Ste 610<br>Saint Paul, MN 55101<br>651-293-3434 |
| Nelnet Loans<br>Individual / Applicant<br>XXXXXX7349<br>Account is: Closed, Account Closed | $0 | $3,750 | 9/2005<br>7/22/2013 | $41<br>Installment<br>7/8/2013 | Nelnet<br>Attn: Claims, PO Box 17460<br>Denver, CO 80217<br>888-486-4722<br>Verified: 4-2012 | 3015 S. Parker Rd, Ste 425<br>Aurora, CO 80014<br>888-486-4722 |
| Nelnet Loans<br>Individual / Applicant<br>XXXXXX7249<br>Account is: Closed, Account Closed | $0 | $3,750 | 5/2005<br>7/22/2013 | $42<br>Installment<br>7/8/2013 | Nelnet<br>Attn: Claims, PO Box 17460<br>Denver, CO 80217<br>888-486-4722<br>Verified: 4-2012 | 3015 S. Parker Rd, Ste 425<br>Aurora, CO 80014<br>888-486-4722 |
| Nelnet Loans<br>Individual / Applicant<br>XXXXXX7149<br>Account is: Closed, Account Closed | $0 | $3,312 | 1/2005<br>7/19/2010 | $37<br>Installment<br>6/21/2010 | Nelnet<br>Attn: Claims, PO Box 17460<br>Denver, CO 80217<br>888-486-4722<br>Verified: 4-2012 | 3015 S. Parker Rd, Ste 425<br>Aurora, CO 80014<br>888-486-4722 |
| Dsnb Macys<br>Individual / Applicant<br>XXXXXX7520<br>Account is: Open, Current Account | $0 | $1,651 | 5/1997<br>3/1/2015 | $25<br>Revolving<br>5/23/2013 | | Po Box 8218<br>Mason, OH 45040<br>800-243-6552 |

Copyright © 2015 The CINgroup. All Rights Reserved

EXHIBIT A  Page 2 of 3  
Debtor's credit report

Consumer Liability Report (CLR)  
Page 3 of 7



CIN Legal Data Services  
a CINgroup company

866 218 1003 tel  
866 307 1003 fax  
www.CINlegal.com

### Client & Report Information

| | |
|---|---|
| Primary Client Name & SSN: | Leydys Seijas  XXX-XX-0548 |
| Secondary Client Name & SSN: | |
| Primary Address: | 13221 SW 48 Street, Miami, FL 33175 |
| Report Details: | Report 3859542 Completed on 3/25/2015 for A33925 - CLR 3 Source |

### Liabilities without Balances — 12 Account(s) without a balance

| Account Name, Owner/Type, Account Number & Status | Current Balance | High Credit | Date Opened & Last Reported | Payment Info, Account Type & Last Activity | Corporate Bankruptcy Department - Where Available (2) | Reported Contact Information |
|---|---|---|---|---|---|---|
| Capital One<br>Individual / Applicant<br>XXXXXX9652<br>Account is: Closed, Account Closed By Consumer | $0 | $1,288 | 10/2003<br>3/26/2009 | $0<br>Revolving<br>12/11/2008 | Capital One<br>Attn: Bankruptcy, PO Box 30285<br>Salt Lake City, UT 84130<br>800-444-1408<br>Verified: 3-2015 | Po Box 85520<br>Richmond, VA 23285<br>800-955-7070 |
| Cap1/bstby<br>Individual / Applicant<br>XXXXXX7908<br>Account is: Closed, PURCHASED BY ANOTHER LENDER | $0 | $1,500 | 5/2009<br>2/20/2015 | $0<br>Revolving<br>3/1/2010 | | Po Box 6497<br>Sioux Falls, SD 57117<br>800-695-6950 |
| Comenity Bank/express<br>Individual / Applicant<br>XXXXXX0824<br>Account is: Open, Current Account | $0 | $377 | 8/1997<br>12/10/2010 | $10<br>Revolving<br>10/25/2010 | Express/Comenity Bank<br>Attention: Bankruptcy Dept, PO Box 182686<br>Columbus, OH 43218<br>800-695-4902<br>Verified: 3-2013 | Po Box 182789<br>Columbus, OH 43218<br>614-755-3437 |
| Capital One<br>Individual / Applicant<br>XXXXXX8241<br>Account is: Closed, Account Closed By Grantor | $0 | $317 | 2/2012<br>3/6/2015 | $0<br>Revolving<br>3/1/2013 | Capital One<br>Attn: Bankruptcy, PO Box 30285<br>Salt Lake City, UT 84130<br>800-444-1408<br>Verified: 3-2015 | Po Box 85520<br>Richmond, VA 23285<br>800-955-7070 |
| Citibankna<br>Joint Contractual Liability / Applicant<br>XXXXXX5782<br>Account is: Closed, ELECTION OF REMEDY | $0 | $67,000 | 1/2007<br>2/27/2015 | $0<br>Credit Line<br>12/28/2012 | Citibank NA<br>Citicorp/Attn: Centralized Bankruptcy,<br>PO Box 790040<br>Saint Louis, MO 63179<br>800-846-8444<br>Verified: 1-2015 | Po Box 769006<br>San Antonio, TX 78245<br>800-685-0935 |
| Homeq Servicing<br>Individual / Applicant<br>XXXXXX8764<br>Account is: Closed, Account Closed | $0 | $134,100 | 2/1998<br>10/18/2005 | $0<br>Mortgage<br>10/1/2005 | | Po Box 13716<br>Sacramento, CA 95853<br>888-867-7378 |

### Public Records — 1 Public Record(s)

| Court | Disposition | Date Filed | Obligation | Type | Docket | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|
| US BKPT CT FL MIAMI | Unknown | 2015-2-24 | $0 | Bankruptcy Chapter 7 | 1513335LMI | | |

### Address Variations

| | |
|---|---|
| Reported: Different Address | 13221 SW 48TH ST, MIAMI, FL 331755236,Rptd:02/2015 |
| Reported: Different Address | 7385 SW 87TH AVE STE 100, MIAMI, FL 331735472,Rptd:10/2014 |
| Reported: Different Address | 14764 SW 25TH LN, MIAMI, FL 331855921,Rptd:01/2014 |

Copyright © 2015 The CINgroup. All Rights Reserved

EXHIBIT A  Page 3 of 3  
Debtor's credit report

In Re: Leydys Seijas
Case Number: 15-13335-LMI
Marcia Dunn, Trustee

Personal Property Inventory & Evaluation Report
13221 SW 48 Street
Miami, Florida 33175
April 25, 2015

|  | LOCATION ROOM | DESCRIPTION | RANGE of VALUE | |
|---|---|---|---|---|
| 1. | Entrance | Hall Table | 75.00 | 100.00 |
| 2. |  | Framed Mirror | 50.00 | 75.00 |
| 3. | Living Room | Double Glass-Door Cabinet (Liquor Storage) | 100.00 | 125.00 |
| 4. |  | Framed Art (3-D) | 25.00 | 40.00 |
| 5. |  | Coffee Table | 50.00 | 75.00 |
| 6. |  | Upholstered Sofa | 125.00 | 150.00 |
| 7. |  | Framed Art (Artist Unknown) | 35.00 | 50.00 |
| 8. |  | Assorted Children's Toys | 50.00 | 75.00 |
| 9. | Dining Room | Wood Dining Table | 125.00 | 150.00 |
| 10. |  | (6) Dining Chairs | 180.00 | 240.00 |
| 11. |  | Buffet Table/Cabinet | 125.00 | 140.00 |
| 12. |  | Storage Cabinet | 25.00 | 35.00 |
| 13. |  | (2) Children's Bicycles | 50.00 | 65.00 |
| 14. | Master Bedroom | 4-Poster King-Sized Bed, Headboard, Footboard & Bedding | 275.00 | 350.00 |
| 15. |  | Desk & Hutch | 135.00 | 150.00 |
| 16. |  | Toshiba Laptop Computer | 75.00 | 100.00 |
| 17. |  | Leather Office Chair | 50.00 | 65.00 |
| 18. |  | Single Pedestal Desk | 50.00 | 75.00 |
| 19. |  | Brother Printer | 45.00 | 60.00 |
| 20. |  | Table Lamp | 20.00 | 30.00 |
| 21. |  | 3-Piece Entertainment Center | 225.00 | 275.00 |

1

EXHIBIT B   Page 1 of 3
List of family property Trustee wants to sale

| | LOCATION ROOM | DESCRIPTION | RANGE of VALUE | |
|---|---|---|---|---|
| 22. | | Toshiba Large Screen Television (52") | 175.00 | 225.00 |
| 23. | | AIWA Bookshelf Stereo | 45.00 | 60.00 |
| 24. | | Nightstand | 40.00 | 65.00 |
| 25. | | Table Lamp | 20.00 | 30.00 |
| 26. | | Framed Wall Mirror | 100.00 | 125.00 |
| 27. | Kitchen | Assorted Dishes, Glassware, Flatware, Serving Pieces, Pots & Pans | 100.00 | 125.00 |
| 28. | | Assorted Small Electric Appliances | 75.00 | 100.00 |
| 29. | | (3) Barstools | 120.00 | 150.00 |
| 30. | | Casio Electronic Keyboard | 50.00 | 75.00 |
| 31. | Family Room | Upholstered Sectional Sofa | 150.00 | 175.00 |
| 32. | | Leather Ottoman | 35.00 | 50.00 |
| 33. | | Plastic Table | 10.00 | 20.00 |
| 34. | | RCA Large Screen Television | 50.00 | 75.00 |
| 35. | | 3-Piece Entertainment Center | 225.00 | 275.00 |
| 36. | | Sony Bookshelf Stereo | 30.00 | 45.00 |
| 37. | Office | Desk & Chair | 40.00 | 65.00 |
| 38. | | Table | 20.00 | 30.00 |
| 39. | | Computer Work Center | 75.00 | 100.00 |
| 40. | | Brother Printer | 45.00 | 60.00 |
| 41. | | Leather Office Chair | 50.00 | 65.00 |
| 42. | | Bookcase | 45.00 | 65.00 |
| 43. | | Plastic Storage Unit & Contents | 50.00 | 75.00 |
| 44. | Bedroom 2 | Child's Bed, Headboard, Footboard & Bedding | 175.00 | 225.00 |
| 45. | | Assorted Children's Toys & Furniture | 50.00 | 65.00 |
| 46. | | Student Desk & (2) Chairs | 50.00 | 75.00 |
| 47. | | Nightstand | 30.00 | 45.00 |
| 47a. | | Dresser & Bookcase Hutch | 125.00 | 150.00 |
| 48. | Bedroom 3 | Children's Crib & Bedding | 50.00 | 75.00 |

2

EXHIBIT B   Page 2 of 3
List of family property Trustee wants to sale

| | LOCATION ROOM | DESCRIPTION | RANGE of VALUE | |
|---|---|---|---|---|
| 49. | | Children's Table & Chair | 20.00 | 25.00 |
| 50. | | Dresser | 75.00 | 90.00 |
| 51. | | Changing Table & Dresser | 65.00 | 75.00 |
| 52. | | Assorted Children's Toys | 30.00 | 45.00 |
| 53. | Patio | (2) Picnic Tables | 50.00 | 75.00 |
| 54. | | Hammock | 20.00 | 35.00 |
| 55. | | Portable Fire Pit | 20.00 | 30.00 |
| 56. | | Plastic Patio Chair | 5.00 | 7.00 |
| 57. | | Stainless Steel Barbeque Grill | 50.00 | 75.00 |
| 58. | | Assorted Folding Tables & Coolers | 25.00 | 45.00 |
| 59. | | (3) Barstools | 30.00 | 60.00 |
| Total | | | $4,310.00 | $5,677.00 |

Report Submitted By:

*[signature]*

George Richards
National Auction Company
April 27, 2015

EXHIBIT B₃ Page 3 of 3
List of family property Trustee wants to sale



January 3, 2013

Vince F Seijas
Leydys F Seijas
13221 SW 48th St
Miami FL 33175-5236

**National Mortgage Settlement**
## Your Second Mortgage in the amount of $65,459.96 has been forgiven!

**Re: National Mortgage Settlement**                    Account No. 2908445782

Dear Vince F Seijas and Leydys F Seijas,

We recently sent you a letter advising we were forgiving all of the balance on your second mortgage in the amount of $65,459.96. This letter is to confirm that your second mortgage has been closed and you no longer have contractual obligations on this loan. You will no longer be required to make monthly payments on your second mortgage. There are NO FEES and NO CLOSING COSTS.

### YOUR SECOND LIEN MORTGAGE HAS BEEN CLOSED AND THE MORTGAGE LIEN SATISFIED AND RELEASED!

**How to respond:** No action required. The balance amount on your second lien mortgage loan, as noted above, has been forgiven. A copy of your Lien Release will be sent to you shortly.

It is important to note that the elimination of your second lien mortgage is completely separate from your first mortgage and you should continue paying under first lien contractual obligations.

Please call 1-800-824-9907† if you have any questions.

**Please see reverse side for important disclosures.**

Sincerely,

Robert Wright
CitiMortgage, Inc.

EXHIBIT C  Page 1 of 2
Joint Citibank Debt Satifisfied



```
CFN  2013R0070659
OR Bk 28462 Pg 1476; (1ps)
RECORDED 01/28/2013 14:31:05
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Loan #: 2908445782

Document Prepared By:
E.Lance/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
CitiMortgage, Inc.
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

## SATISFACTION OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:** That **CITIBANK, NA**, is the owner and holder of a certain Mortgage Deed executed by **VINCE SEIJAS** recorded in Official Records Book 25328, Page 1497, or Document # , in the office of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, upon the property situated in said State and County as more fully described in said Mortgage.
Hereby acknowledges full payment and satisfaction of said note and Mortgage Deed, and surrenders the same as canceled, and hereby directs the Clerk of the said Circuit Court to cancel the same of record.

**IN WITNESS WHEREOF,** said owner and holder has caused its presents to be executed by its DOCUMENT CONTROL OFFICER on __1_/_16_/_13_ (MM/DD/YYYY).

**CITIBANK, NA**

By: _____         (Seal)
Walter H. Eichelberger
DOCUMENT CONTROL OFFICER

_____
Goran Culum    Witness

_____
Krista Weaver  Witness

STATE OF MARYLAND
COUNTY OF WASHINGTON
On __01_/_16_/_2013_ (MM/DD/YYYY), before me, the under-signed officer, personally appeared Walter H. Eichelberger, DOCUMENT CONTROL OFFICER of CITIBANK, NA, and that he/she/they, as such DOCUMENT CONTROL OFFICER, being authorized to do so, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself /herself/themselves as DOCUMENT CONTROL OFFICER. In witness whereof I hereunto set my hand and official seal. He/she/they is (are) personally known to me.

_____
Chelsea Renea Showe
Notary Public - State of MARYLAND
Commission expires: 10/03/2015

| Chelsea Renea Showe |
| Notary Public |
| Washington Co., MD |

CIMRC 18793567 _@ CBNALRX  SEH4547147  T0913015209  [C] RCNFL1

*18793567*